UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KAREN TAPPIS,

               Plaintiff,                      21 **CIVIL** 8765 (ALC)(VF)

          -v-                                  **<u>JUDGMENT</u>**

KILOLO KIJAZAKI,
COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 17, 2022, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The Clerk is directed to enter judgment.

**Dated:**  New York, New York

        June 17, 2022

                                                  **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                          **BY:**

                                                  **Deputy Clerk**